Robert C. Holtzapple (State Bar No. 145954)
Racheal Turner (State Bar No. 226441)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
rholtzapple@fbm.com
rturner@fbm.com

Attorneys for Plaintiffs
CARTIER, A DIVISION OF RICHEMONT
NORTH AMERICA INC. and CARTIER
INTERNATIONAL, B.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA INC.; and CARTIER INTERNATIONAL, B.V., <br><br> Plaintiffs, <br><br> vs. <br><br> D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM; MEHRDAD ANSARI; and JOHN DOES 1-20, <br><br> Defendants. | Case No. C07-05146 PVT <br><br> **CARTIER'S ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiffs Cartier, a Division of Richemont North America Inc., and Cartier International, B.V. ("Cartier") move this Court to continue the Initial Case Management Conference currently scheduled for January 22, 2008 at 2:00 p.m. to March 18, 2008 at 2:00 p.m. Cartier requests this continuance to allow the parties to retain California counsel; to give California counsel sufficient time to familiarize themselves with this matter and to meet and confer as required by Federal Rule of Civil Procedure 26(f); and to provide the parties with additional time in which to attempt to settle their dispute.

This matter was transferred to this Court from the Southern District of New York on October 5, 2007. *See* Dkt. No. 1. Since that time, the parties have been actively engaged in

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CARTIER'S ADMIN. MOT. TO CONTINUE
INITIAL CMC – C07-05146 PVT

19375\1428374.1

1  settlement negotiations. Declaration of Tal S. Benschar ("Benschar Decl.") ¶ 1. The parties also
2  have been attempting to find and retain California counsel. Benschar Decl. ¶ 2. Cartier retained
3  the law firm of Farella Braun & Martel LLP yesterday, on January 17, 2008. Benschar ¶ 3.
4  Christopher Serbagi, New York counsel of record for Defendants D & D Jewelry Imports d/b/a
5  *Jewelsplus.com* and Mehrdad Ansari (collectively "D & D"), has stated that D & D has not yet
6  retained California counsel. Benschar Decl. ¶ 4. Continuing the Initial Case Management
7  Conference would give D & D time to retain California counsel; give both parties' California
8  counsel sufficient time to familiarize themselves with this matter and to meet and confer as
9  required by Federal Rule of Civil Procedure 26(f); and give the parties additional time in which to
10 attempt to settle their dispute.

Cartier proposes the following revised case management schedule:

| Date | Event | Governing Rule(s) |
|---|---|---|
| 2/26/2008 (21 days before CMC) | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | FRCivP 26(f), Civil L.R. 16-8 (b) & ADR L.R. 3-5(b) |
| 3/11/2008 (7 days before CMC) | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) & Civil L.R. 16-9 |
| 3/18/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 5, 4th Floor, SJ at 2:00 PM | Civil L.R. 16-10 |

Cartier attempted to confer with D & D regarding this motion to continue but received no response. Benschar Decl. ¶ 6.

For the foregoing reasons, Cartier respectfully requests that the Court grant Cartier's

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CARTIER'S ADMIN. MOT. TO CONTINUE
INITIAL CMC – C07-05146 PVT                - 2 -                                    19375\1428374.1

1  motion to continue the Initial Case Management Conference currently scheduled for January 22,
2  2008 at 2:00 p.m. to March 18, 2008 at 2:00 p.m.

4  Dated: January 18, 2008                    Respectfully submitted,

                                              FARELLA BRAUN & MARTEL LLP


                                              By:_____/s/_____
                                                 Racheal Turner

                                              Attorneys for Plaintiffs
                                              CARTIER, A DIVISION OF
                                              RICHEMONT NORTH AMERICA INC.
                                              and CARTIER INTERNATIONAL, B.V.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CARTIER'S ADMIN. MOT. TO CONTINUE
INITIAL CMC – C07-05146 PVT                   - 3 -                          19375\1428374.1