1  Robert C. Holtzapple (State Bar No. 145954)
   Racheal Turner (State Bar No. 226441)
2  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA 94104
   Telephone: (415) 954-4400
4  Facsimile: (415) 954-4480
   rholtzapple@fbm.com
5  rturner@fbm.com

6  Attorneys for Plaintiffs
   CARTIER, A DIVISION OF RICHEMONT
7  NORTH AMERICA INC. and CARTIER
   INTERNATIONAL, B.V.

8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
10

11

12  CARTIER, A DIVISION OF                    Case No. C07-05146 PVT
    RICHEMONT NORTH AMERICA INC.;
13  and CARTIER INTERNATIONAL, B.V.,          **DECLARATION OF TAL S. BENSCHAR
                                              IN SUPPORT OF CARTIER'S
14              Plaintiffs,                   ADMINISTRATIVE MOTION TO
                                              CONTINUE INITIAL CASE
15       vs.                                  MANAGEMENT CONFERENCE**

16  D & D JEWELRY IMPORTS d/b/a
    JEWELSPLUS.COM; MEHRDAD
17  ANSARI; and JOHN DOES 1-20,

18              Defendants.

19

20
         I, Tal S. Benschar, am a partner at Kalow & Springut LLP, counsel for Plaintiffs Cartier, a
21
   Division of Richemont North America Inc., and Cartier International, B.V. ("Cartier") in this
22
   matter. I make the following declaration in support of Cartier's Administrative Motion to
23
   Continue Initial Case Management Conference. I have personal knowledge of the matters set
24
   forth below, and if called and sworn as a witness, I could and would competently testify to the
25
   facts set forth herein.
26
         1.    Since this matter was transferred to this Court from the Southern District of New
27
   York on October 5, 2007, the parties have been actively engaged in settlement negotiations.
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

BENSCHAR DECL. ISO CARTIER'S. MOT.
TO CONTINUE CMC – C07-05146 PVT

19375\1428507.1

2. Since that time, Cartier has also been attempting to find and retain California counsel.

3. Cartier retained the Law firm of Farella Braun & Martel LLP on January 17, 2008.

4. Christopher Serbagi, Esq., New York counsel of record for Defendants D & D Jewelry Imports d/b/a *Jewelsplus.com* and Mehrdad Ansari (collectively "D & D"), related to me that D & D has been attempting to find and retain California counsel, but has not yet done so.

5. I believe that continuing the Initial Case Management Conference would give

6. D & D time to retain California counsel; give both parties' California counsel sufficient time to familiarize themselves with this matter and to meet and confer as required by Federal Rule of Civil Procedure 26(f); and give the parties additional time in which to attempt to settle their dispute.

7. I have attempted to contact Mr. Serbagi regarding this motion to continue, but he did not return my phone calls.

8. I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was signed this 18th day of January 2008 at New York, New York.

_____
Tal S. Benschar

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

BENSCHAR DECL. ISO CARTIER'S. MOT.
TO CONTINUE CMC – C07-05146 PVT

- 2 -

19375\1428507.1