Robert C. Holtzapple (State Bar No. 145954)
Racheal Turner (State Bar No. 226441)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
rholtzapple@fbm.com
rturner@fbm.com

Attorneys for Plaintiffs
CARTIER, A DIVISION OF RICHEMONT
NORTH AMERICA INC. and CARTIER
INTERNATIONAL, B.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA INC.; and CARTIER INTERNATIONAL, B.V.,<br><br>Plaintiffs,<br><br>vs.<br><br>D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM; MEHRDAD ANSARI; and JOHN DOES 1-20,<br><br>Defendants. | Case No. C07-05146 PVT<br><br>**[PROPOSED] ORDER GRANTING CARTIER'S ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

The Court has considered the administrative motion of Plaintiffs Cartier, a Division of Richemont North America Inc., and Cartier International, B.V. ("Cartier") to continue the Initial Case Management Conference currently scheduled for January 22, 2008 at 2:00 p.m. to March 18, 2008 at 2:00 p.m. For good cause appearing hereto, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED and the above-captioned case shall proceed according to the following schedule leading up to the Initial Case Management Conference to be held on March 18, 2008 at 2:00 p.m.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING CARTIER'S
ADMIN. MOT. TO CONTINUE INITIAL CMC –
C07-05146 PVT

19375\1428560.1

| Date | Event | Governing Rule(s) |
|---|---|---|
| 2/26/2008 (21 days before CMC) | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | FRCivP 26(f), Civil L.R. 16-8 (b) & ADR L.R. 3-5(b) |
| 3/11/2008 (7 days before CMC) | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) & Civil L.R. 16-9 |
| 3/18/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 5, 4th Floor, SJ at 2:00 PM | Civil L.R. 16-10 |

IT IS SO ORDERED.

DATED: _____

_____
Hon. Patricia V. Trumbull

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING CARTIER'S ADMIN. MOT. TO CONTINUE INITIAL CMC – C07-05146 PVT

- 2 -

19375\1428560.1