1
2
3
4
5
6                      UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8                           SAN JOSE DIVISION

9  CARTIER,                              )    Case No.: C 07-5146 PVT
                                         )
10              Plaintiff,               )    **ORDER GRANTING PLAINTIFF'S
                                         )    ADMINISTRATIVE MOTION TO
11     v.                                )    CONTINUE INITIAL CASE
                                         )    MANAGEMENT CONFERENCE**
12  D & D JEWELRY IMPORTS, et al,        )
                                         )
13              Defendants.              )
   _____)

14

15         On January 18, 2008, Plaintiff filed an administrative motion to continue the Initial Case

16  Management Conference.[1]  Having reviewed the papers submitted by the parties, the court finds it

17  appropriate to issue this order without further briefing or oral argument.  Based on the administrative

18  motion presented and the file herein,

19         IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.  The court adopts the

20  revised schedule set forth in Plaintiff's administrative motion.  The Initial Case Management

21  Conference will be held at 2:00 p.m. on March 18, 2008.

22         IT IS FURTHER ORDERED that Plaintiff's counsel shall immediately serve a copy of this

23  order on defense counsel by both fax and first class mail.

24  Dated: *1/18/08*

25                                    *Patricia V. Trumbull*
                                      PATRICIA V. TRUMBULL
26                                    United States Magistrate Judge

27

28
   _____
         [1]      The holding of this court is limited to the facts and the particular circumstances
   underlying the present motion.

                              ORDER, *page 1*