Robert C. Holtzapple (State Bar No. 145954)
Racheal Turner (State Bar No. 226441)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
rholtzapple@fbm.com
rturner@fbm.com

Attorneys for Plaintiffs
CARTIER, A DIVISION OF RICHEMONT
NORTH AMERICA INC. and CARTIER
INTERNATIONAL, B.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA INC.; and CARTIER INTERNATIONAL, B.V., <br><br> Plaintiffs, <br><br> vs. <br><br> D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM; MEHRDAD ANSARI; and JOHN DOES 1-20, <br><br> Defendants. | Case No. C07-05146 PVT <br><br> **CERTIFICATE OF SERVICE** |

**SABRINA BORGIA** declares that:

1. I am an assistant with **KALOW & SPRINGUT LLP,** attorneys for Plaintiffs in the captioned proceeding, and that on the execution date which appears below, I caused to be served via hand delivery copies of **CARTIER'S ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; PROPOSED ORDER GRANTING CARTIER'S ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** and **DECLARATION OF TAL S. BENSCHAR, ESQ.** upon the following addressee:

1  Christopher Serbagi, Esq.
   LAW OFFICES OF CHRISTOPHER SERBAGI
2  488 Madison Avenue
   New York, NY 10022
3  (Attorney for the Defendants
   D&D Jewelry Imports d/b/a Jewelplus.com;
4  and Mehrdad Ansari)

5    2.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the foregoing is true and correct.

Executed on January 18, 2008
New York, New York

By: _____
    Sabrina Borgia

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 2 -