1  Robert C. Holtzapple (State Bar No. 145954)
   Racheal Turner (State Bar No. 226441)
2  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA 94104
   Telephone: (415) 954-4400
4  Facsimile: (415) 954-4480
   rholtzapple@fbm.com
5  rturner@fbm.com

6  Attorneys for Plaintiffs
   CARTIER, A DIVISION OF RICHEMONT
7  NORTH AMERICA INC. and CARTIER
   INTERNATIONAL, B.V.

8
                    UNITED STATES DISTRICT COURT
9
         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
10

11

12  CARTIER, A DIVISION OF                    Case No. C07-05146 PVT
    RICHEMONT NORTH AMERICA INC.;
13  and CARTIER INTERNATIONAL, B.V.,          PROOF OF SERVICE OF ORDER
                                              GRANTING PLAINTIFF'S
14              Plaintiffs,                   ADMINISTRATIVE MOTION TO
                                              CONTINUE INITIAL CASE
15      vs.                                   MANAGEMENT CONFERENCE

16  D & D JEWELRY IMPORTS d/b/a
    JEWELSPLUS.COM; MEHRDAD
17  ANSARI; and JOHN DOES 1-20,

18              Defendants.

19      I, Betty Dunets, declare:

20      I am a citizen of the United States and employed in San Francisco County, California. I

21  am over the age of eighteen years and not a party to the within-entitled action. My business

22  address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104. On January 18,

23  2008, I served a true and correct copy of the within document(s):

24  ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE INITIAL
                        CASE MANAGEMENT CONFERENCE
25
        [X]  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth
26           below on this date before 5:00 p.m.

27

28

1   [X] by placing the document(s) listed above in a sealed envelope with postage thereon fully
2       prepaid, in the United States mail at San Francisco, California addressed as set forth
        below.

3   [ ] by placing the document(s) listed above in a sealed Federal Express envelope and affixing
4       a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for
        delivery.

5   [ ] by personally delivering the document(s) listed above to the person(s) at the address(es)
6       set forth below.

**Counsel for Defendants D&D Jewelry Imports**
**dba Jewelsplus.Com & Mehrdad Ansari:**

Christopher Serbagi, Esq.
488 Madison Avenue, Suite 1120
New York, NY 10022

Tel:   212-593-2112
Fax:   212-308-8582
Email: c.serbagi@att.net

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 18, 2008, at San Francisco, California.

_____
Betty Dunets