1  Ali Kamarei, Esq. (State Bar No. 175977)
   IN HOUSE COUNSEL
2  280 Colorado Avenue
   Palo Alto, CA 94301
3  Telephone: (650) 322-7371
   Facsimile: (650) 322-7389
4  *inhouseip@aol.com*

5  Attorney for Defendant
   D & D JEWELRY IMPORTS d/b/a
6  JEWELSPLUS.COM and MEHRDAD ANSARI.

7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

| | |
|---|---|
| 11  CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA INC.; 12  and CARTIER INTERNATIONAL, B.V., 13  Plaintiffs, 14  vs. 15  D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM; MEHRDAD 16  ANSARI; and JOHN DOES 1-20, 17  Defendants. | Case No. C07-05146 PVT  **D & D JEWELRY IMPORTS ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

18      Defendants D & D Jewelry Imports, d/b/a jewelsplus.com and Mehrdad Ansari
19  (hereinafter collectively "D&D") move this Court for an Order to continue the Initial Case
20  Management Conference currently scheduled for March 18, 2008 at 2:00 p.m. to April 15, 2008
21  at 2:00 p.m.
22      Plaintiff Cartier does not oppose Defendants' request and has signed a written stipulation
23  to that effect. (Dec. Kamarei ¶2)
24      Defendants require the continuation of the Initial Case Management Conference because
25  this firm has only recently been retained to represent Defendants in this matter. (Dec. Kamarei ¶3)
26  Defendants' new counsel are waiting for the case files to be sent from Defendants' previous
27  counsel in New York, which is anticipated to arrive in approximately one week. (Dec. Kamarei ¶4)
28

D&D'S ADMIN. MOT. TO CONTINUE
INITIAL CMC – C07-05146 PVT

1  After receipt of the files, counsel requires sufficient time to familiarize themselves with the case.
2  After review of the files, the parties can then meaningfully participate in the preparation and
3  filing of a joint case management conference with the Court as required by Federal Rule of Civil
4  Procedure 26 (f). (Dec. Kamarei ¶5)
5      D&D proposes the following revised case management schedule:

| Date | Event | Governing Rule(s) |
|---|---|---|
| 3/25/2008 (21 days before CMC) | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | FRCivP 26(f), Civil L.R. 16-8 (b) & ADR L.R. 3-5(b) |
| 4/8/2008 (7 days before CMC) | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) & Civil L.R. 16-9 |
| 4/15/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 5, 4th Floor, SJ at 2:00 PM | Civil L.R. 16-10 |

19      For the foregoing reasons, D& D respectfully requests that the Court grant D & D's
20  motion to continue the Initial Case Management Conference currently scheduled for March 18,
21  2008 at 2:00 p.m. to April 15, 2008 at 2:00 p.m.
22  //
23  //
24  //
25  //
26  //
27  //
28

D&D'S ADMIN. MOT. TO CONTINUE         - 2 -
INITIAL CMC – C07-05146 PVT

| | |
|---|---|
| 1 | Dated: February 21, 2008 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Respectfully submitted,

Inhouse Co.

By: _____
Ali Kamarei, Esq.
Attorneys for Defendants
D & D JEWELRY IMPORTS d/b/a
JEWELSPLUS.COM and MEHRDAD ANSARI.