1  Ali Kamarei, Esq. (State Bar No. 175977)
   IN HOUSE COUNSEL
2  280 Colorado Avenue
   Palo Alto, CA 94301
3  Telephone: (650) 322-7371
   Facsimile: (650) 322-7389
4  inhouseip@aol.com

5  Attorney for Defendant
   D & D JEWELRY IMPORTS d/b/a
6  JEWELSPLUS.COM and MEHRDAD ANSARI.

7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

| | |
|---|---|
| 11  CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA INC.; and CARTIER INTERNATIONAL, B.V., | Case No. C07-05146 PVT |
| 13  Plaintiffs, | DECLARATION OF ALI KAMAREI IN SUPPORT OF D & D JEWELRY IMPORTS ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| 14  vs. | |
| 15  D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM; MEHRDAD ANSARI; and JOHN DOES 1-20, | |
| 17  Defendants. | |

18

19  1.   I am an attorney at law duly licensed to practice before all the courts of the State of California and am the owner of the firm INHOUSE Counsel, attorneys of record for defendants D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM and MEHRDAD ANSARI. I have personal knowledge of the facts set forth herein, and if called upon to testify in a court of law, I could and would competently testify to the following.

2.   Plaintiff Cartier does not oppose Defendants' request and has signed a written stipulation to that effect, which has been filed concurrently with this motion.

3.   Defendants require the continuation of the Initial Case Management Conference because this firm has only recently been retained to represent Defendants in this matter.

4.   My firm is waiting for the case files to be sent from Defendants' previous counsel in

1  New York, which is anticipated to arrive in approximately one week.

2  5. After receipt of the files, I require sufficient time to familiarize myself with the case.
3  After review of the files, I can then meaningfully participate in the preparation and filing of a
4  joint case management conference with the Court as required by Federal Rule of Civil Procedure
5  26 (f).

6  I declare under penalty of perjury under the laws of the State of California that the
7  foregoing is true and correct. Executed this 21st. day of February 2008, in Palo Alto, California.



Ali Kamarei

D&D'S ADMIN. MOT. TO CONTINUE       - 2 -
INITIAL CMC -- C07-05146 PVT