02/21/2008 11:45 00000000000 PAGE 01/02
02/21/2008 FROM FAX Case 5:07-cv-05146-PVT   Document 12   Filed 02/21/2008   Page 1 of 2 ⓘ 002/003

02/20/2008 17:51 00000000000

Ali Kamarei, Esq. (State Bar No. 175977)
INHOUSE COUNSEL
280 Colorado Avenue
Palo Alto, CA 94301
Telephone: (650) 322-7371
Facsimile: (650) 322-7389
inhouseip@aol.com

Attorney for Defendant
D & D JEWELRY IMPORTS d/b/a
JEWELSPLUS.COM; MEHRDAD ANSARI; and
JOHN DOES 1-20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA INC.; and CARTIER INTERNATIONAL, B.V., <br><br> Plaintiffs, <br><br> vs. <br><br> D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM; MEHRDAD ANSARI; and JOHN DOES 1-20, <br><br> Defendants. | Case No. C07-05146 PVT <br><br> STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

Plaintiffs Cartier, a division of Richemont North America Inc., and Cartier International, B.V. and Defendants D & D Jewelry Imports d/b/a jewelsplus.com and Mehrdad Ansari hereby stipulate and consent, in writing, to continue the date of the Initial Case Management Conference currently scheduled for March 18, 2008 at 2:00 p.m. to April 15, 2008 at 2:00 p.m.

Defendants D & D Jewelry Imports d/b/a jewelsplus.com and Mehrdad Ansari seek this request and stipulation to continue the Initial Case Management Conference and ~~Defendant Cartier does~~ Plaintiffs do not oppose this request. As more fully explained in Defendants' Motion to Continue the Initial Case Management Conference, this firm has only recently been retained to represent Defendants in this matter. Defendants' counsel is waiting for the case files to be sent

STIPULATION TO CONTINUE INITIAL
CMC – C07-05146 PVT

02/21/2008 11:45 00000000000 PAGE 02/02
02/21/2008 11:52 FAX Case 5:07-cv-05146-PVT Document 12 Filed 02/21/2008 Page 2 of 2 ☒003/003

02/20/2008 17:51 00000000000

from Defendants' previous counsel in New York, which is anticipated to arrive in approximately one week. After receipt and review of the files, the parties can then meaningfully participate in the preparation and filing of a joint case management conference with the Court.

Dated: 2/21/08

*[signature]*
Robert C. Holtzapple, Esq.
Racheal Turner, Esq.
Attorneys for Plaintiffs
CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA INC.; and CARTIER INTERNATIONAL, B.V

Dated: 2-21-2008

*[signature]*
Ali Kamarei, Esq.
Attorney for Defendants
D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM and MEHRDAD ANSARI.

STIPULATION CONTINUE INITIAL CMC -     - 2 -
C07-05146 PVT