```
1  Ali Kamarei, Esq. (State Bar No. 175977)
   IN HOUSE COUNSEL
2  280 Colorado Avenue
   Palo Alto, CA 94301
3  Telephone: (650) 322-7371
   Facsimile: (650) 322-7389
4  alik@inouseco.com

5  Attorney for Defendant
   D & D JEWELRY IMPORTS d/b/a
6  JEWELSPLUS.COM and MEHRDAD ANSARI.

7

8                    UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

10
```

| | |
|---|---|
| CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA INC.; and CARTIER INTERNATIONAL, B.V., <br><br> Plaintiffs, <br><br> vs. <br><br> D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM; MEHRDAD ANSARI; and JOHN DOES 1-20, <br><br> Defendants. | Case No. C07-05146 PVT <br><br> [PROPOSED] ORDER GRANTING D&D'S ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

The Court has considered the administrative motion of Defendants D&D Jewelry Imports d/b/a jewelsplus.com and Mehrdad Ansari's to continue the Initial Case Management Conference currently scheduled for March 18, 2008 at 2:00 p.m. to April 15, 2008 at 2:00 p.m. For good cause appearing hereto, IT IS HEREBY ORDERED that Defendants' motion is GRANTED and the above-captioned case shall proceed according to the following schedule leading up to the Initial Case Management Conference to be held on April 15, 2008 at 2:00 p.m.

//

//

[PROPOSED] ORDER GRANTING D&D'S
ADMIN. MOT. TO CONTINUE INITIAL
CMC – C07-05146 PVT

| Date | Event | Governing Rule(s) |
|---|---|---|
| 3/25/2008 (21 days before CMC) | Last day to:<br><br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• File Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | FRCivP 26(f), Civil L.R. 16-8 (b) & ADR L.R. 3-5(b) |
| 4/8/2008 (7 days before CMC) | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) & Civil L.R. 16-9 |
| 4/15/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 5, 4th Floor, SJ at 2:00 PM | Civil L.R. 16-10 |

IT IS SO ORDERED.


DATED:_____            _____
                                                Hon. Patricia V. Trumbull

[PROPOSED] ORDER GRANTING D&D'S
ADMIN. MOT. TO CONTINUE INITIAL        - 2 -
CMC – C07-05146 PVT