1  Ali Kamarei, Esq. (State Bar No. 175977)
   INHOUSE COUNSEL
2  280 Colorado Avenue
   Palo Alto, CA 94301
3  Telephone: (650) 322-7371
   Facsimile: (650) 322-7389
4  inhouseip@aol.com

5  Attorney for Defendants
6  D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM and MEHRDAD ANSARI.

7

8                  UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11 CARTIER, A DIVISION OF RICHEMONT NORTH        )   Case No. C07-05146 PVT
   AMERICA INC.; and CARTIER INTERNATIONAL,      )
12 B.V.,                                         )
                                                 )
13            Plaintiffs,                        )
                                                 )
14    vs.                                        )   CERTIFICATE OF INTERESTED
                                                 )   ENTITIES OR PERSONS.
15 D & D JEWELRY IMPORTS d/b/a                   )
   JEWELSPLUS.COM; MEHRDAD ANSARI; and JOHN      )
16 DOES 1-20,                                    )
                                                 )
17            Defendants                         )
                                                 )
18

19 Certification of Interested Entities or Persons

20        As required by Northern District of California Civil Local Rule 3-16, the undersigned certifies

21 that as of this date, other than the named parties, there is no association of persons, firm, partnership,

22 corporation (including parent corporation), or other entity that (1) has a financial interest in the subject

23 matter in controversy or in a party to this proceeding or (2) has a nonfinancial interest in that subject

24 matter or in a party that could be substantially affected by the outcome of this proceeding

25 //

26 //

27 //

28

1

2

3

4    Dated: February 21, 2008

Respectfully submitted,

By: _____

Ali Kamarei
INHOUSE COUNSEL
Attorney for Defendants
D & D JEWELRY IMPORTS d/b/a
JEWELSPLUS.COM and MEHRDAD ANSARI.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28