1  Ali Kamarei, Esq. (State Bar No. 175977)
   INHOUSE COUNSEL
2  280 Colorado Avenue
   Palo Alto, CA  94301
3  Telephone: (650) 322-7371
   Facsimile: (650) 322-7389
4  inhouseip@aol.com

5  Attorney for Defendants
6  D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM and MEHRDAD ANSARI

8              UNITED STATES DISTRICT COURT
9         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11 CARTIER, A DIVISION OF RICHEMONT NORTH     )   Case No.  C07-05146 PVT
12 AMERICA INC.; and CARTIER INTERNATIONAL,   )
   B.V.,                                      )
13                                            )
             Plaintiffs,                      )
14                                            )
       vs.                                    )          PROOF OF SERVICE
15                                            )
   D & D JEWELRY IMPORTS d/b/a                )
16 JEWELSPLUS.COM; MEHRDAD ANSARI; and JOHN  )
   DOES 1-20,                                 )
17                                            )
             Defendants                       )
18                                            )

PROOF OF SERVICE
CMC – C07-05146 PVT
                                                                          -1-

## PROOF OF SERVICE BY MAIL

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not party to the within cause; my business address is 280 Colorado Avenue, Palo Alto, California 94301.

On January 16, 2008, I caused and hereby served the following:

**D & D JEWELRY IMPORTS ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE.**

**DECLARATION OF ALI KAMAREI IN SUPPORT OF D & D JEWELRY IMPORTS ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE.**

**[PROPOSED] ORDER GRANTING D&D'S ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

upon all parties in said cause by sending by enclosing a true copy thereof in a sealed envelope and mailed via first class mail, California with postage thereon fully paid to:

Tal S. Benschar
Kalow & Springut LLP
488 Madison Avenue
New York, NY 10022

Christopher Serbagi
488 Madison Avenue
Suite 1120
New York, NY 10022

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 16, 2008, at Palo Alto, California.

By: _____
Mona Deldar

PROOF OF SERVICE
CMC - C07-05146 PVT

-2-