Ali Kamarei, Esq. (State Bar No. 175977)
INHOUSE COUNSEL
280 Colorado Avenue
Palo Alto, CA 94301
Telephone: (650) 322-7371
Facsimile: (650) 322-7389
inhouseip@aol.com

Attorney for Defendants
D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM and MEHRDAD ANSARI.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA INC.; and CARTIER INTERNATIONAL, B.V., <br><br> Plaintiffs, <br><br> vs. <br><br> D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM; MEHRDAD ANSARI; and JOHN DOES 1-20, <br><br> Defendants | Case No. C07-05146 PVT <br><br><br> PROOF OF SERVICE |

PROOF OF SERVICE
CMC – C07-05146 PVT

-1-

## PROOF OF SERVICE BY MAIL

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not party to the within cause; my business address is 280 Colorado Avenue, Palo Alto, California 94301.

On February 21, 2008, I caused and hereby served the following:

### CERTIFICATE OF INTERESTED ENTITIES OR PERSONS.

upon all parties in said cause by sending by enclosing a true copy thereof in a sealed envelope and mailed via first class mail, California with postage thereon fully paid to:

Tal S. Benschar
Kalow & Springut LLP
488 Madison Avenue
New York, NY 10022

Christopher Serbagi
488 Madison Avenue
Suite 1120
New York, NY 10022

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 21, 2008, at Palo Alto, California.

By: _____
Mona Deldar

PROOF OF SERVICE
CMC – C07-05146 PVT

-2-