Ali Kamarei, Esq. (State Bar No. 175977)
INHOUSE COUNSEL
280 Colorado Avenue
Palo Alto, CA 94301
Telephone: (650) 322-7371
Facsimile: (650) 322-7389
inhouselp@aol.com

Attorney for Defendants
D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM and MEHRDAD ANSARI.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA INC.; and CARTIER INTERNATIONAL, B.V., <br><br> Plaintiffs, <br><br> vs. <br><br> D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM; MEHRDAD ANSARI; and JOHN DOES 1-20, <br><br> Defendants | Case No. C07-05146 PVT <br><br><br> **NOTICE OF SUBSTITUTION OF ATTORNEY** |

Whereas Mr. Mehrad Ansari, acting on behalf of himself and defendant D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM, agreed to Christopher Serbagi's request to withdraw as counsel;

Defendants D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM and MEHRDAD ANSARI hereby substitute Ali Kamarei of INHOUSE COUNSEL, SBN 175997, 280 Colorado Avenue, Palo Alto, CA. 94301 as attorney of record and in the place and instead of Christopher Serbagi.

//
//

- 1 -
Substitution of Attorney

1  Dated: ~~February~~ March 5th, 2008                    By: _____
2                                                         ALI KAMAREI, ESQ
                                                          INHOUSE Counsel
3

4

5

6  Dated: February 29, 2008                               By: _____
7                                                         MEHRDAD ANSARI
                                                          On behalf of himself and D & D JEWELRY
8                                                         IMPORTS d/b/a JEWELSPLUS.COM
9

10

11 Dated: ~~February 24~~ March 4, 2008                   By: _____
12                                                        CHRISTOPHER SERBAGI, ESQ.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

Substitution of Attorney

## PROOF OF SERVICE BY MAIL

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not party to the within cause; my business address is 280 Colorado Avenue, Palo Alto, California 94301.

On March 4, 2008, I caused and hereby served the following:

## NOTICE OF SUBSTITUTION OF ATTORNEY

upon all parties in said cause by sending by enclosing a true copy thereof in a sealed envelope and mailed via first class mail, California with postage thereon fully paid to:

Tal S. Benschar
Kalow & Springut LLP
488 Madison Avenue
New York, NY 10022

Christopher Serbagi
488 Madison Avenue
Suite 1120
New York, NY 10022

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 4, 2008, at Palo Alto, California.

By: _____

Mona Deldar

PROOF OF SERVICE
CMC – C07-05146 PVT                                                                              -2-