UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[Clear Form]

CARTIER, A Division Of RICHEMONT NORTH
AMERICA, INC.; and CARTIER
INTERNATIONAL, B.V.,

         Plaintiff(s),

Case No. 07-05146 (PVT)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

D&D JEWELRY IMPORTS d/b/a
JEWELSPLUS.COM, et al.,
         Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/25/08

                                         Racheal Turner, Esq.
                                         FARELLA BRAUN & MARTEL LLP
                                         Counsel for Plaintiffs

Dated: 3-25-08

                                         Ali Kamarei, Esq.
                                         IN HOUSE COUNSEL
                                         Counsel for Defendants

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05