1 | Ali Kamarei, Esq. (State Bar No. 175977)
  | INHOUSE COUNSEL
2 | 280 Colorado Avenue
  | Palo Alto, CA 94301
3 | Telephone: (650) 322-7371
  | Facsimile: (650) 322-7389
4 | *inhouseip@aol.com*

5 | Attorney for Defendants
  | D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM and MEHRDAD ANSARI.
6 |

                    UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA INC.; and CARTIER INTERNATIONAL, B.V., | Case No. C07-05146 PVT |
| Plaintiffs, | |
| vs. | PROOF OF SERVICE |
| D & D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM; MEHRDAD ANSARI; and JOHN DOES 1-20, | |
| Defendants | |

PROOF OF SERVICE
C07-05146 PVT

-1-

## PROOF OF SERVICE BY MAIL

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not party to the within cause; my business address is 280 Colorado Avenue, Palo Alto, California 94301.

On March 25, 2008, I caused and hereby served the following:

### ADR CERTIFICATION BY PARTIES AND COUNSEL
### NOTICE AND NEED FOR ADR PHONE CONFERENCE

upon all parties in said cause by sending by enclosing a true copy thereof in a sealed envelope and mailed via first class mail, California with postage thereon fully paid to:

Tal S. Benschar
Kalow & Springut LLP
488 Madison Avenue
New York, NY 10022

Christopher Serbagi
488 Madison Avenue
Suite 1120
New York, NY 10022

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 25, 2008, at Palo Alto, California.

By: _____

Mona Deldar

PROOF OF SERVICE
C07-05146 PVT

-2-