Robert C. Holtzapple, Esq. (State Bar No. 145954)
Racheal Turner, Esq. (State Bar No. 226441)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 954-4400
Facsimile:   (415) 954-4480
rholtzapple@fbm.com
rturner@fbm.com

Milton Springut, Esq. (NY State Bar No. MS-6751)
Tal S. Benschar, Esq. (NY State Bar No. TSB-0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, NY 10022
Telephone:  (212) 813-1600
Facsimile:   (212) 813-9600
ms@creativity-law.com
tbenschar@creativity-law.com

*Counsel for Plaintiffs*
CARTIER, A DIVISION OF RICHEMONT
NORTH AMERICA, INC. and CARTIER
INTERNATIONAL, B.V.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, B.V., <br><br>Plaintiffs, <br><br>vs. <br><br>D&D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM, MEHRDAD ANSARI and JOHN DOES 1-20, <br><br>Defendants. | Case No. 07-05146 (PVT) <br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CARTIER'S CERTIFICATE OF INTERESTED
PARTIES / Case No. 07-05146 (PVT)

22948\1514031.1

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| Compagnie Financiere Richemont, S.A. | Publicly traded corporate owner |
| Richemont S.A., Luxembourg | Publicly traded corporate owner |

Dated: April 1, 2008                                    FARELLA BRAUN + MARTEL LLP

By: _____/s/_____
       Racheal Turner

*Counsel for Plaintiffs*
CARTIER, A DIVISION OF
RICHEMONT NORTH AMERICA, INC.
and CARTIER INTERNATIONAL, B.V.