1  Robert C. Holtzapple, Esq. (State Bar No. 145954)
   Racheal Turner, Esq. (State Bar No. 226441)
2  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA 94104
   Telephone:    (415) 954-4400
4  Facsimile:    (415) 954-4480
   rholtzapple@fbm.com
5  rturner@fbm.com

6  Milton Springut, Esq. (NY State Bar No. MS-6751)
   Tal S. Benschar, Esq. (NY State Bar No. TSB-0838)
7  KALOW & SPRINGUT LLP
   488 Madison Avenue
8  New York, NY 10022
   Telephone:    (212) 813-1600
9  Facsimile:    (212) 813-9600
   ms@creativity-law.com
10 tbenschar@creativity-law.com

11 *Counsel for Plaintiffs*
   CARTIER, A DIVISION OF RICHEMONT
12 NORTH AMERICA, INC. and CARTIER
   INTERNATIONAL, B.V.

13

14                UNITED STATES DISTRICT COURT FOR THE

15                    NORTHERN DISTRICT OF CALIFORNIA

16                            SAN JOSE DIVISION

17

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, B.V., <br><br>Plaintiffs, <br><br>vs. <br><br>D&D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM, MEHRDAD ANSARI and JOHN DOES 1-20, <br><br>Defendants. | Case No. 07-05146 (PVT) <br><br>**CARTIER'S REQUEST AND [PROPOSED] ORDER TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE** <br><br>CMC Date:    April 15, 2008 <br>Time:        2:00 p.m. <br>Courtroom:   5 |

   Plaintiffs Cartier, a Division of Richemont North America Inc., and Cartier International, B.V. ("Cartier") hereby requests, pursuant to Civil Local Rule 16-10(a), that its lead counsel, Tal S. Benschar be permitted to participate by telephone in the Case Management Conference in this

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CARTIER'S REQUEST AND [PROPOSED]
ORDER TO PARTICIPATE IN CMC BY
TELEPHONE / Case No. 07-05146 (PVT)

22948\1514071.1

matter, which is currently scheduled to take place on April 15, 2008, at 2:00 p.m. Mr. Benschar is with Kalow & Springut LLP in New York. Robert C. Holtzapple or Racheal Turner, of Farella Braun & Martel LLP in San Francisco, will appear in person at the Case Management Conference on behalf of Cartier.

Dated: April 3, 2008                             FARELLA BRAUN + MARTEL LLP

By: _____/s/_____
Robert C. Holtzapple

*Counsel for Plaintiffs*
CARTIER, A DIVISION OF
RICHEMONT NORTH AMERICA, INC.
and CARTIER INTERNATIONAL, B.V.

Good cause appearing therefor,

IT IS ORDERED that Tal Benschar may appear by telephone at the Case Management Conference scheduled for March 23, 2004 at 2:00 p.m.

DATED: _____, 2008

_____
Hon. Patricia V. Trumbull

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CARTIER'S REQUEST AND [PROPOSED]
ORDER TO PARTICIPATE IN CMC BY         - 2 -                                  22948\1514071.1
TELEPHONE / Case No. 07-05146 (PVT)