Milton Springut, Esq.
KALOW & SPRINGUT LLP
488 Madison Avenue, Suite 1900
New York, New York 10022
Tel: (212) 813-1600
Fax: (212) 813-9600

Clerk's Use Only
Initial for fee pd.:

FILED
APR -3 P 1:11
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARTIER, A Division Of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, B.V.
  Plaintiff(s),

v.

D&D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM, MEHRDAD ANSARI and JOHN DOES 1-20,
  Defendant(s).

CASE NO. 07-05146 (PVT)

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Milton Springut, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Robert C. Holtzapple, Esq.
   FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street, 17th Fl.
   San Francisco, CA 94104
   Tel: (415) 954-4400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/1/08

Milton Springut, Esq.