UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARTIER, A Division Of RICHEMONT
NORTH AMERICA, INC.; and
CARTIER INTERNATIONAL, B.V.,

Plaintiff(s),

v.

D&D JEWELRY IMPORTS d/b/a
JEWELSPLUS.COM, MEHRDAD ANSARI
and JOHN DOES 1-20,

Defendant(s).

CASE NO. 07-05146 (PVT)

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Milton Springut, an active member in good standing of the bar of New York (particular court to which applicant is admitted) whose business address and telephone number is

KALOW & SPRINGUT LLP
488 Madison Avenue
New York, NY 10022
(212) 813-1600

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

Patricia V. Trumbull
United States Magistrate Judge