FILED

08 APR -3 P 1:10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Tal S. Benschar, Esq.
KALOW & SPRINGUT LLP
488 Madison Avenue, Suite 1900
New York, New York 10022
Tel: (212) 813-1600
Fax: (212) 813-9600

Clerk's Use Only
Initial for fee pd.:

ORIGINAL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CARTIER, A Division Of RICHEMONT
NORTH AMERICA, INC.; and
CARTIER INTERNATIONAL, B.V.
Plaintiff(s),

v.

D&D JEWELRY IMPORTS d/b/a
JEWELSPLUS.COM, MEHRDAD ANSARI and
JOHN DOES 1-20,    Defendant(s).

CASE NO.  07-05146 (PVT)

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Tal S. Benschar , an active member in good standing of the bar of New York , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis in the above-entitled action.

representing    Plaintiffs

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is:    Robert C. Holtzapple, Esq.
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Fl.
San Francisco, CA 94104
Tel: (415) 954-4400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 1, 2008

Tal S. Benschar, Esq.