UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARTIER, A Division Of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, B.V.,

Plaintiff(s),

v.

D&D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM, MEHRDAD ANSARI and JOHN DOES 1-20,

Defendant(s).

CASE NO. 07-05146 (PVT)

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Tal S. Benschar, Esq. New York (particular court to which applicant is admitted), an active member in good standing of the bar of whose business address and telephone number is

KALOW & SPRINGUT LLP
488 Madison Avenue
New York, NY 10022
(212) 813-1600

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

Patricia V. Trumbull
United States Magistrate Judge