2008 APR -3 PM 1:11

1

2

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

3

4    CARTIER, A Division Of RICHEMONT

     NORTH AMERICA, INC.; and

5    CARTIER INTERNATIONAL, B.V.,

6                    Plaintiff(s),

7            v.                                          CASE NO.  07-05146 (PVT)

8    D&D JEWELRY IMPORTS d/b/a                           (Proposed)
     JEWELSPLUS.COM, MEHRDAD ANSARI               ORDER GRANTING APPLICATION
9    and JOHN DOES 1-20,                          FOR ADMISSION OF ATTORNEY
                                                  *PRO HAC VICE*
10                   Defendant(s).

11       Milton Springut                                    , an active member in good standing of the bar of
         New York
12   (particular court to which applicant is admitted)    whose business address and telephone number

13   is

14       KALOW & SPRINGUT LLP
         488 Madison Avenue
15       New York, NY 10022
         (212) 813-1600                                              , having applied in the
16   above-entitled action for admission to practice in the Northern District of California on a *pro hac*

17   *vice* basis, representing   Plaintiffs

18       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

19   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

20   *vice* . Service of papers upon and communication with co-counsel designated in the application

21   will constitute notice to the party. All future filings in this action are subject to the requirements

22   contained in General Order No. 45, *Electronic Case Filing* .

23

24   Dated:  4/4/08

25                                          Patricia V. Trumbull
                                            United States Magistrate   Judge
26

27

28

COPY

United States District Court
For the Northern District of California