UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARTIER, A Division Of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, B.V.,

Plaintiff(s),

v.

D&D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM, MEHRDAD ANSARI and JOHN DOES 1-20,

Defendant(s).

CASE NO. 07-05146 (PVT)

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Tal S. Benschar, Esq. , an active member in good standing of the bar of New York whose business address and telephone number (particular court to which applicant is admitted) is

KALOW & SPRINGUT LLP
488 Madison Avenue
New York, NY 10022
(212) 813-1600

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/4/08

Patricia V. Trumbull
United States Magistrate Judge