UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARTIER,<br><br>        Plaintiff,<br><br>  v.<br><br>D & D JEWELRY IMPORTS, et al,<br><br>        Defendants. | Case No.: C 07-5146 PVT<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ITS LEAD COUNSLE TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

On April 3, 2008, Plaintiff filed a request that its lead counsel, Tal S. Benschar be permitted to participate in the April 15, 2008 Case Management Conference by telephone.[1] Plaintiff noted that its local counsel will appear in person. Based on the request and the file herein,

IT IS HEREBY ORDERED that Plaintiff's request is GRANTED. Attorney Benschar may appear at the April 15, 2008 Case Management Conference by telephone, with the understanding that Plaintiff's local counsel will appear in person.

Dated: *4/14/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*