**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CARTIER,

    *Plaintiff(s),*

vs.

D & D JEWELRY IMPORTS,

    *Defendant(s).*

C 07-05146 PVT

**CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE**

Please take notice that the Case Management Conference previously scheduled for April 15, 2008 has been rescheduled for **May 6, 2008 at 2:00 p.m. for Case Management Conference** before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: April 23, 2008

/s/ Corinne Lew

Corinne Lew
DEPUTY CLERK