| | |
|---|---|
| 1 | Robert C. Holtzapple, Esq. (State Bar No. 145954) |
|   | rholtzapple@fbm.com |
| 2 | Laura C. Roche (State Bar No. 174596) |
|   | lroche@fbm.com |
| 3 | Racheal Y. Turner, Esq. (State Bar No. 226441) |
|   | rturner@fbm.com |
| 4 | FARELLA BRAUN + MARTEL LLP |
|   | 235 Montgomery Street, 17th Floor |
| 5 | San Francisco, CA 94104 |
|   | Telephone: (415) 954-4400 |
| 6 | Facsimile: (415) 954-4480 |

Milton Springut, Esq. (NY State Bar No. MS-6751)
ms@creativity-law.com
Tal S. Benschar, Esq. (NY State Bar No. TSB-0838)
tbenschar@creativity-law.com
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, NY 10022
Telephone: (212) 813-1600
Facsimile: (212) 813-9600

*Counsel for Plaintiffs*
CARTIER, A DIVISION OF RICHEMONT
NORTH AMERICA, INC. and CARTIER
INTERNATIONAL, B.V.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, B.V., <br><br> Plaintiffs, <br><br> vs. <br><br> D&D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM, MEHRDAD ANSARI and JOHN DOES 1-20, <br><br> Defendants. | Case No. 5:07-cv-05146-PVT <br><br> **NOTICE OF APPEARANCE OF LAURA C. ROCHE** |

TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

PLEASE TAKE NOTICE that the law firm of Farella Braun + Martel LLP is counsel of record for Plaintiffs Cartier, a Division of Richemont North America, Inc. and Cartier

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF APPEARANCE OF LAURA C. ROCHE
CASE NO. 5:07-CV-05146-PVT

22948\1560227.1

1  International, B.V. in the above-captioned matter.  In addition to Robert C. Holtzapple and

2  Racheal Y. Turner, Laura C. Roche also will be appearing on behalf of Plaintiffs Cartier, a

3  Division of Richemont North America, Inc. and Cartier International, B.V. and hereby requests

4  that all notices given or required to be given, and all papers filed or served or required to be

5  served in the above-captioned matter, be provided to and served upon:

> Laura C. Roche, Esq.
> Farella Braun + Martel LLP
> 235 Montgomery Street, 17th Floor
> San Francisco, CA 94104
> Tel: (415) 954-4400
> Fax: (415) 954-4480
> E-mail:  lroche@fbm.com

Dated:  April 24, 2008                     FARELLA BRAUN + MARTEL LLP


                                           By:_____/s/_____
                                              Laura C. Roche

                                           *Counsel for Plaintiffs*
                                           CARTIER, A DIVISION OF
                                           RICHEMONT NORTH AMERICA, INC.
                                           and CARTIER INTERNATIONAL, B.V.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF APPEARANCE OF LAURA C. ROCHE
CASE NO. 5:07-CV-05146-PVT      - 2 -                              22948\1560227.1