UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 5/6/08

Court Reporter: FTR        Clerk: Corinne Lew

Case No:C 07-05146 PVT     Case Title: Cartier, v. D & D Jewelry Imports

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Tal Benshar (by telephone)<br>Laura Roche | Ali Kamarei |

PROCEEDINGS

Pretrial Conferences:   [ ] Initial        [ ] Status     [ ] Discovery
                        [ ] Settlement     [ ] Final
                        [ ] Other          **[X] Case Management Conference**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

**DISPOSITION**

[ ] Granted            [ ] Submitted          [ ] Settled

[ ] Denied             [ ] Briefs to be filed [ ] Not Settled

[ ] Granted in part, denied in part           [ ] Off Calendar

[ X ] Jury Trial on 8/24/09 at 9:30 a.m.; Pretrial Conference on 8/11/09 at 2:00 p.m.; Settlement Conference referred to Magistrate Seeborg to be held by end of September 2008.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff       [ ] Defendant        [X] Court        [ ] Court w/opinion

cc: B. Kunkel