|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CARTIER, et a.l., | ) | Case No.: C 07-5146 PVT |
|---|---|---|
| Plaintiffs, | ) | **CASE MANAGEMENT CONFERENCE ORDER** |
| v. | ) |  |
| D & D JEWELRY IMPORTS, et al, | ) |  |
| Defendants. | ) |  |

On May 6, 2008, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply to this case.

IT IS FURTHER ORDERED that this case is referred to Magistrate Judge Richard Seeborg for a settlement conference. The parties shall promptly contact Judge Seeborg's chambers to

1  schedule the settlement conference. Absent further order of the court, the settlement conference
2  shall take place no later than September 15, 2008.
3      IT IS FURTHER ORDERED that the following schedule shall apply to this case:
4      Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1/30/09
5      Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2/13/09
6      Designation of Rebuttal Experts with Reports.. . . . . . . . . . . . . . . . . . . . . . . . . . . . 3/13/09
7      Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4/17/09
8      Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2
9      Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 6/9/09
10     Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 8/11/09
11     Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:00 a.m. on 8/24/09
12     IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil
13  Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (rev. 1/5/06), a
14  copy of which is available from the clerk of the court,[2] with regard to the timing and content of the
15  Joint Pretrial Statement, and all other pretrial submissions.
16  Dated: *5/9/08*

                                                  PATRICIA V. TRUMBULL
                                                  United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."