**United States District Court**
For the Northern District of California

\*E-FILED\*
**August 29, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTIER, et al., | No. C 07-05146 PVT |
| Plaintiffs, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| D&D JEWELRY IMPORTS, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

By written requested dated August 26, 2008, Cartier, through its counsel, Milton Springut, requested that Cartier's representative be excused from personally appearing at the settlement conference scheduled for September 9, 2008. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Bharat Dube, Esq. be available by telephone from 9:30 a.m. Pacific Daylight Time until further notice on September 9, 2008.

///

///

///

///

**United States District Court**
For the Northern District of California

If the court concludes that the absence of the representative is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party, including Bharat Dube.

IT IS SO ORDERED.

Dated: August 29, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Tal S. Benschar    tbenschar@creativity-law.com

Robert C. Holtzapple    rholtzapple@fbm.com, calendar@fbm.com, grenteria@fbm.com

Ali Kamarei , Esq    inhouseip@aol.com

Laura Cullen Roche    lroche@fbm.com, calendar@fbm.com, jamante@fbm.com

Milton Springut    ms@creativity-law.com

Racheal Turner    rturner@fbm.com, bdunets@fbm.com, calendar@fbm.com

Dated: August 29, 2008

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:    /s/ *BAK*

3