Robert C. Holtzapple, Esq. (State Bar No. 145954)
rholtzapple@fbm.com
Laura Roche (State Bar No. 174596)
lroche@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:     (415) 954-4400
Facsimile:      (415) 954-4480

Milton Springut, Esq., *pro hac vice*
ms@creativity-law.com
Tal S. Benschar, Esq., *pro hac vice*
tbenschar@creativity-law.com
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, NY  10022
Telephone:     (212) 813-1600
Facsimile:      (212) 813-9600

*Counsel for Plaintiffs*
CARTIER, A DIVISION OF RICHEMONT
NORTH AMERICA, INC. and CARTIER
INTERNATIONAL, B.V.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, B.V.,<br><br>Plaintiffs,<br><br>vs.<br><br>D&D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM, MEHRDAD ANSARI and JOHN DOES 1-20,<br><br>Defendants. | Case No. 07-05146 (PVT)<br><br>**MOTION TO COMPEL DEPOSITION OF DEFENDANTS** |

Plaintiffs hereby move to compel the deposition of Defendants.  In support of such Motion Plaintiffs rely on the accompanying Declaration of Tal S. Benschar (also filed herewith), and further state as follows:

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

MOTION TO COMPEL DEPOSITION OF
DEFENDANTS
CASE NO. 5:07-cv-05146-PVT

22948\1709303.1

1.  As detailed in the accompanying Declaration of Tal S. Benschar, in late July, Defendants' deposition was noticed for September 11th. Initially, Defendants did not object to the deposition other than to move the date. However, on August 27th – two days before the Labor Day weekend – Defendants first objected to the deposition *in toto*.

2.  Defendants' belated objections are meritless. The prior deposition taken when the case was pending in New York was limited to jurisdictional discovery, as well as to attempt to settle the case. At no point was the scope of discovery opened to all issues in the case by either Court order or agreement. (Benschar Declaration ¶¶ 10-13)

3.  Further, Defendants have waived any objection to the deposition, apart from the date thereof. Their initial objections, served on August 15th, only questioned the deposition date and even offered alternative dates. (*Id.* ¶ 4 and Exh. B) It was only on August 27th that Defendants objected completely to the noticed deposition. (*Id.* ¶ 6)

4.  Plaintiffs have conferred with Defendants on the instant motion. (*See* Benschar Declaration ¶¶ 14-17)

5.  For the foregoing reasons, it is respectfully requested that the Court order Defendants to appear for deposition. A proposed Order is also submitted.

Dated: September 2, 2008

Respectfully Submitted,
FARELLA BRAUN + MARTEL LLP

By: /s/
Laura C. Roche

*Counsel for Plaintiffs*
CARTIER, A DIVISION OF
RICHEMONT NORTH AMERICA, INC.
and CARTIER INTERNATIONAL, B.V.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

MOTION TO COMPEL DEPOSITION OF DEFENDANTS
CASE NO. 5:07-cv-05146-PVT

- 2 -

22948\1709303.1