1    Robert C. Holtzapple, Esq. (State Bar No. 145954)
     rholtzapple@fbm.com
2    Laura Roche (State Bar No. 174596)
     lroche@fbm.com
3    FARELLA BRAUN & MARTEL LLP
     235 Montgomery Street, 17th Floor
4    San Francisco, CA  94104
     Telephone:    (415) 954-4400
5    Facsimile:    (415) 954-4480

6    Milton Springut, Esq., *pro hac vice*
     ms@creativity-law.com
7    Tal S. Benschar, Esq., *pro hac vice*
     tbenschar@creativity-law.com
8    KALOW & SPRINGUT LLP
     488 Madison Avenue
9    New York, NY  10022
     Telephone:    (212) 813-1600
10   Facsimile:    (212) 813-9600

11   *Counsel for Plaintiffs*
     CARTIER, A DIVISION OF RICHEMONT
12   NORTH AMERICA, INC. and CARTIER
     INTERNATIONAL, B.V.

13

14            UNITED STATES DISTRICT COURT FOR THE

15              NORTHERN DISTRICT OF CALIFORNIA

16                     SAN JOSE DIVISION

17   CARTIER, a division of RICHEMONT          Case No. 07-05146 (PVT)
     NORTH AMERICA, INC.; and CARTIER
18   INTERNATIONAL, B.V.,                      **[PROPOSED] ORDER
                                               COMPELLING DEPOSITION OF
19              Plaintiffs,                    DEFENDANTS**

20         vs.

21   D&D JEWELRY IMPORTS d/b/a
     JEWELSPLUS.COM, MEHRDAD ANSARI
22   and JOHN DOES 1-20,

23              Defendants.

24

25

26

27

28

[PROPOSED] ORDER COMPELLING DEPOSITION OF
DEFENDANTS
CASE NO. 5:07-cv-05146-PVT                                22948\1709314.1

1    Plaintiffs' motion to compel the deposition of Defendants is hereby GRANTED and

2  Defendants objections thereto are hereby OVERRULED. In the event the case does not settle at

3  the Settlement Conference on September 9, 2008, then Defendants shall appear for deposition on

4  September 9, 2008 (at the conclusion of the scheduled settlement conference).

5

6

7  DATED: _____

8                                              HONORABLE PATRICIA V. TRUMBULL
                                               United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER COMPELLING DEPOSITION OF
DEFENDANTS                                      - 1 -                              22948\1709314.1
CASE NO. 5:07-cv-05146-PVT