Robert C. Holtzapple, Esq. (State Bar No. 145954)
rholtzapple@fbm.com
Laura Roche (State Bar No. 174596)
lroche@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone:    (415) 954-4400
Facsimile:    (415) 954-4480

Milton Springut, Esq., *pro hac vice*
ms@creativity-law.com
Tal S. Benschar, Esq., *pro hac vice*
tbenschar@creativity-law.com
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, NY 10022
Telephone:    (212) 813-1600
Facsimile:    (212) 813-9600

*Counsel for Plaintiffs*
CARTIER, A DIVISION OF RICHEMONT
NORTH AMERICA, INC. and CARTIER
INTERNATIONAL, B.V.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, B.V.,<br><br>Plaintiffs,<br><br>vs.<br><br>D&D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM, MEHRDAD ANSARI and JOHN DOES 1-20,<br><br>Defendants. | Case No. 07-05146 (PVT)<br><br>**MOTION TO SHORTEN BRIEFING SCHEDULE ON MOTION TO COMPEL DEPOSITION OF DEFENDANTS IN ACCORDANCE WITH LOCAL CIVIL RULE 6-3** |

In accordance with Local Civil Rule 6-3, Plaintiffs hereby move to shorten the briefing schedule on their Motion to Compel Deposition Of Defendants (filed simultaneously herewith). In support of such Motion, Plaintiffs rely on the accompanying Declaration of Tal S. Benschar (also filed herewith), and further state as follows:

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

MOTION TO SHORTEN BRIEFING SCHEDULE ON
MOTION TO COMPEL DEPOSITION
CASE NO. 5:07-cv-05146-PVT

- 1 -

22948\1709330.1

1.  The underlying motion is to compel the deposition of Defendants.

2.  As detailed in the accompanying Declaration of Tal S. Benschar, in late July, Defendants' deposition was noticed for September 11th. Initially, Defendants did not object to the deposition other than to move the date. However, on August 27th – two days before the Labor Day weekend – Defendants first objected to the deposition *in toto*.

3.  Defendants are well aware that Plaintiffs' counsel, based in New York, is flying to California for a settlement conference on September 9th in this case.

4.  Plaintiffs seek to resolve the issue of Defendants' deposition by the end of the week of September 1st, so as to avoid Plaintiffs' counsel having to fly to California a second time for deposition.

5.  Plaintiffs have conferred with Defendants on the instant motion. (*See* Benschar Declaration ¶¶ 14-17)

6.  For the foregoing reasons, it is respectfully requested that the Court order an expedited briefing schedule on the instant motion pursuant to Local Civil Rule 6-3. A proposed Order is submitted.

Dated:  September 2, 2008

Respectfully Submitted,
FARELLA BRAUN + MARTEL LLP


By:_____/s/_____
    Laura C. Roche

*Counsel for Plaintiffs*
CARTIER, A DIVISION OF
RICHEMONT NORTH AMERICA, INC.
and CARTIER INTERNATIONAL, B.V.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

MOTION TO SHORTEN BRIEFING SCHEDULE ON
MOTION TO COMPEL DEPOSITION
CASE NO. 5:07-cv-05146-PVT

- 2 -

22948\1709330.1