1  Robert C. Holtzapple, Esq. (State Bar No. 145954)
   rholtzapple@fbm.com
2  Laura Roche (State Bar No. 174596)
   lroche@fbm.com
3  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone:  (415) 954-4400
5  Facsimile:   (415) 954-4480

6  Milton Springut, Esq., *pro hac vice*
   ms@creativity-law.com
7  Tal S. Benschar, Esq., *pro hac vice*
   tbenschar@creativity-law.com
8  KALOW & SPRINGUT LLP
   488 Madison Avenue
9  New York, NY 10022
   Telephone:  (212) 813-1600
10 Facsimile:   (212) 813-9600

11 *Counsel for Plaintiffs*
   CARTIER, A DIVISION OF RICHEMONT
12 NORTH AMERICA, INC. and CARTIER
   INTERNATIONAL, B.V.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, B.V.,<br><br>Plaintiffs,<br><br>vs.<br><br>D&D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM, MEHRDAD ANSARI and JOHN DOES 1-20,<br><br>Defendants. | Case No. 07-05146 (PVT)<br><br>**[PROPOSED] ORDER SHORTENING BRIEFING SCHEDULE ON MOTION TO COMPEL DEPOSITION OF DEFENDANTS IN ACCORDANCE WITH LOCAL CIVIL RULE 6-3** |

In accordance with Local Civil Rule 6-2, it is hereby ORDERED that Plaintiffs' Motion to Shorten the Briefing Schedule on their Motion to Compel Deposition Of Defendants is hereby GRANTED. The Motion to Compel shall be briefed on the following schedule:

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER SHORTENING BRIEFING
SCHEDULE ON MOTION TO COMPEL
CASE NO. 5:07-cv-05146-PVT

22948\1709340.1

1. Plaintiffs' Initial Papers     Already filed and served on September 2, 2008.

2. Defendants' Opposition     Filed and Served by September 3, 2008.

3. Reply papers are waived.

4. The Court will hold a telephonic conference on the motion to compel at _____ (a.m/p.m) on September _____, 2008.

DATED: _____

HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER SHORTENING BRIEFING
SCHEDULE ON MOTION TO COMPEL
CASE NO. 5:07-cv-05146-PVT

- 2 -

22948\1709340.1