# EXHIBIT A

Robert C. Holtzapple, Esq. (State Bar No. 145954)
Laura Roche, Esq.
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone:    (415) 954-4400
Facsimile:    (415) 954-4480
*rholtzapple@fbm.com*
*rturner@fbm.com*

Milton Springut, Esq., *pro hac vice*
Tal S. Benschar, Esq., *pro hac vice*
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, NY 10022
Telephone:    (212) 813-1600
Facsimile:    (212) 813-9600
*ms@creativity-law.com*
*tbenschar@creativity-law.com*

*Counsel for Plaintiffs*
CARTIER, A DIVISION OF RICHEMONT
NORTH AMERICA, INC. and CARTIER
INTERNATIONAL, B.V.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, B.V.,<br><br>Plaintiffs,<br><br>vs.<br><br>D&D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM, MEHRDAD ANSARI and JOHN DOES 1-20,<br><br>Defendants. | Case No. 07-05146 (PVT)<br><br>**NOTICE TO TAKE DEPOSITION OF D&D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM BY MEHRDAD ANSARI** |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PLAINTIFFS' NOTICE OF DEPOSITION OF
D&D JEWELRY IMPORTS d/b/a
JEWELSPLUS.COM BY MEHRDAD ANSARI
Case No. 07-05146 (PVT)

179375

1  To:  Ali Kamarei, Esq.
2       IN HOUSE COUNSEL
         280 Colorado Avenue
3        Palo Alto, CA 94301
         Tel: (650) 322-7371
4        Fax: (650) 322-7389
         *InhouseIP@aol.com*
5        *Counsel for Defendants*
         *D&D Jewelry Imports d/b/a*
6        *JewelsPlus.com and Mehrdad Ansari*

7

8        PLEASE TAKE NOTICE that on September 11, 2008 at 9:00 a.m. Pacific Time, at

9  FARELLA BRAUN & MARTEL LLP, 235 Montgomery Street, 17th Floor, San Francisco, CA

10 94104, the undersigned will take the deposition upon oral examination before an officer

11 authorized by law to administer oaths of 1) D&D Jewelry Imports d/b/a *Jewelsplus.com* by

12 Mehrdad Ansari; and thereafter 2) Mehrdad Ansari, individually. The deposition will be recorded

13 by stenographic, audio or audiovisual means.

14

15       You are invited to attend and cross-examine.

16
                                          KALOW & SPRINGUT, LLP
17

18
19 Dated: July 25, 2008          By: _____
                                     Milton Springut, Esq.
20                                   Tal S. Benschar, Esq.
                                     488 Madison Avenue
21                                   New York, New York 10022
                                     (212) 813-1600
22                                   *Attorneys for Plaintiffs*
                                     *Cartier, a division of Richemont*
23                                   *North America, Inc. and Cartier*
                                     *International B.V.*

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PLAINTIFFS' NOTICE OF DEPOSITION OF
D&D JEWELRY IMPORTS d/b/a
JEWELSPLUS.COM BY MEHRDAD ANSARI
Case No. 07-05146 (PVT)

- 2 -

179375

## CERTIFICATE OF SERVICE

**SABRINA BORGIA** declares that:

1. I am an assistant employed by KALOW & SPRINGUT LLP attorneys for Plaintiffs in the captioned proceeding, and that on the execution date which appears below, I caused to be served via facsimile and U.S. Mail the annexed **NOTICE TO TAKE DEPOSITION OF D&D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM BY MEHRDAD ANSARI** on the following addressee:

> Ali Kamarei, Esq.
> IN HOUSE COUNSEL
> 280 Colorado Avenue
> Palo Alto, CA 94301
> Tel: (650) 322-7371
> Fax: (650) 322-7389
> *InhouseIP@aol.com*
> *Counsel for Defendants*
> *D&D Jewelry Imports d/b/a*
> *JewelsPlus.com and Mehrdad Ansari*

2. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the foregoing is true and correct.

Executed on July 25, 2008
New York, New York

By: _____
Sabrina Borgia

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PLAINTIFFS' NOTICE OF DEPOSITION OF
D&D JEWELRY IMPORTS d/b/a
JEWELSPLUS.COM BY MEHRDAD ANSARI
Case No. 07-05146 (PVT)

- 3 -

179375