# EXHIBIT B



# INHOUSE CO.
PATENTS • IP STRATEGIES • LICENSING • LITIGATION
280 Colorado Avenue, Palo Alto, California 94301
Tel: 650-322-7371 * Fax: 650-322-7389
E-mail: InhouseIP@aol.com

*212-813-9600 Fax*

Via MAIL:

August 15, 2008

Tal Benschar, Esq.
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, NY 10022

Re: **CARTIER vs. D&D JEWELRY**
Case No: C07-05146 PVT

Dear Mr. Benschar:

    I am in receipt of the Notice of Deposition for Mr. Anasari and D & D jewelry for September 11, 2008. Please be advised that Mr. Ansari has a prior business engagement scheduled in Los Angeles on said date. Both Mr. Ansari and PMK of D & D jewelry will be available September 16-19th and September 22-25th. Please let me know which date is most convenient for you.

    If you have any questions please feel free to call.

SINCERELY YOURS,
INHOUSE CO.

ALI KAMAREI, ESQ.