# EXHIBIT C

# KALOW & SPRINGUT LLP
### ATTORNEYS AT LAW

488 MADISON AVENUE • NEW YORK, NY 10022
212 813-1600 • FAX 212 813-9600 • INFO@CREATIVITY-LAW.COM

Tal S. Benschar
tbenschar@creativity-law.com

**VIA FACSIMILE &
E-MAIL inhouseip@aol.com**
August 29, 2008

Ali Kamarei, Esq.
IN HOUSE CO.
280 Colorado Avenue
Palo Alto, CA 94301

      Re:   *Cartier, div. Richemont N.A., Inc., et al.
              v. D&D Imports d/b/a JewelsPlus.com, et al.*
              Case No. C07 – 05146 PVT

Dear Mr. Kamarei:

We intend to proceed with a motion to compel a deposition from your clients. Since the deposition date is in less than two weeks, we will need to expedited the briefing schedule on the motion.

Please advise if you will agree to the attached stipulation. If we do not hear from you by Tuesday, September 2, 2008 at noon Pacific Time, we will assume you will not agree and move to shorten the time pursuant to Local Civil Rule 6-3.

Sincerely,

*/s/ Tal Benschar*
Tal Benschar

Attachment

cc:   Robert C. Holtzapple, Esq. and Laura Roche, Esq. (via facsimile)

181991

1  Robert C. Holtzapple, Esq. (State Bar No. 145954)
   Laura Roche (State Bar No. 174596)
2  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA  94104
   Telephone:      (415) 954-4400
4  Facsimile:       (415) 954-4480
   rholtzapple@fbm.com
5  lroche@fbm.com

6  Milton Springut, Esq., *pro hac vice*
   Tal S. Benschar, Esq., *pro hac vice*
7  KALOW & SPRINGUT LLP
   488 Madison Avenue
8  New York, NY  10022
   Telephone:      (212) 813-1600
9  Facsimile:       (212) 813-9600
   ms@creativity-law.com
10 tbenschar@creativity-law.com

11 *Counsel for Plaintiffs*
   CARTIER, A DIVISION OF RICHEMONT
12 NORTH AMERICA, INC. and CARTIER
   INTERNATIONAL, B.V.

13

                   UNITED STATES DISTRICT COURT FOR THE
14                    NORTHERN DISTRICT OF CALIFORNIA
15                            SAN JOSE DIVISION

| 16 | CARTIER, a division of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, B.V., | Case No. 07-05146 (PVT) |
|---|---|---|
| 17 | | **STIPULATION SHORTENTING BRIEFING SCHEDULE ON MOTION TO COMPEL DEPOSTION OF DEFENDANTS IN ACCORDANCE WITH LOCAL CIVIL RULE 6-2 AND [PROPOSED] ORDER** |
| 18 | Plaintiffs, | |
| 19 | vs. | |
| 20 | D&D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM, MEHRDAD ANSARI and JOHN DOES 1-20, | |
| 21 | | |
| 22 | Defendants. | |

23     In accordance with Local Civil Rule 6-2, the parties hereby stipulate and request that the

24 Court Order the following expedited briefing schedule on Plaintiff's motion to compel deposition

25

26 of Defendants.

27     The requested schedule is as follows:

28

STIPULATION SHORTENTING
BRIEFING SCHEDULE /Case No. 07-
05146 (PVT)

1. Plaintiffs' Initial Papers    September 2, 2008

2. Defendants' Opposition    September 3, 2008

3. Reply papers are waived.

4. It is further requested that, because of the urgency of this matter, the Court hold a telephonic conference on the motion at the time of its convenience on Thursday, September 4, 2008 or Friday September 5, 2008

The reasons for the above request are set forth in the accompanying Declaration of Tal S. Benschar.

IT IS SO STIPULATED

Dated: September __, 2008                KALOW & SPRINGUT, LLP


By:_____
Tal S. Benschar, *pro hac vice*

*Counsel for Plaintiffs*
CARTIER, A DIVISION OF
RICHEMONT NORTH AMERICA, INC.
and CARTIER INTERNATIONAL, B.V.

Dated: September __, 2008                IN HOUSE COUNSEL


By:_____
Ali Kamarei, Esq.

*Counsel for Defendants*
D&D JEWELRY IMPORTS d/b/a
JEWELSPLUS.COM and MEHRDAD
ANSARI

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


Dated: _____                _____
Patricia V. Trumbull, U.S.M.J.

STIPULATION SHORTENTING BRIEFING SCHEDULE /Case No. 07-05146 (PVT)    - 2 -

# DECLARATION OF TAL S. BENSCHAR

1. I am a partner with KALOW & SPRINGUT LLP, counsel for Plaintiffs in the above action and admitted *pro hac vice* in the above case. I make this declaration pursuant to Local Civil Rule 6-2 in support of the Stipulation to shorten the briefing schedule on the motion to compel a deposition from defendants.

2. The reason for such stipulation is as follows. A settlement conference is scheduled in this case for September 9, 2008 before Magistrate Judge Seeborg. Our lead counsel, Milton Springut, is set to fly from New York to the West Coast to attend such conference, as well as a deposition in another, unrelated case. If the case does not settle, then Plaintiffs need to take the deposition of Defendants.

3. Accordingly, on July 25, 2008, we noticed the deposition of Defendants for September 11, 2008. Nothing was heard from Defendants until August 15, 2008, when they sent a letter, a true and correct copy of which is attached as Exhibit A. Notably, that letter did not object to the deposition *per se*, but rather claimed to have another commitment on the noticed date and even offered alternative deposition dates.

4. After additional correspondence, on August 26, 2008 we sent a letter to Defendants offering to move the deposition to September 9, 2008 after completion of the settlement conference.

5. In response, on August 27th for the first time Defendants wrote a letter (followed by a formal objection) in which they objected to the deposition *in toto*, claiming that a prior jurisdictional deposition taken when the case was pending in New York should be Plaintiffs' only deposition.

6. It is very expensive for counsel to fly to the West Coast for proceedings in the case, and indeed Plaintiffs originally brought the case in New York. Although Defendants

STIPULATION SHORTENTING
BRIEFING SCHEDULE /Case No. 07-05146 (PVT)    - 3 -

eventually conceded that the New York Court had jurisdiction over them, the Court nevertheless granted their motion to transfer pursuant to 28 U.S.C. §1404.

7. For these reasons, we have attempted to schedule the deposition at a time where it can be combined with counsel's trip to the West Coast for the settlement conference and one other deposition.

8. Defendants were well aware of the deposition date from late July, but waited until the very end of August to object to the deposition. Counsel is now scheduled to travel to the West Coast on September 8th.

9. Plaintiffs intend to move to compel the deposition of Defendants. Their current argument that their deposition was already taken is meritless -- the prior deposition was only jurisdictional plus limited additional information that the Plaintiffs needed to assess the case for settlement.

10. For these reasons, Plaintiffs request that this motion be briefed and heard on an expedited basis so that the Court can order Defendants to appear for deposition prior to the week of September 8th.

11. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September ___, 2008
New York, New York

_____
Tal S. Benschar

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION SHORTENTING
BRIEFING SCHEDULE /Case No. 07-05146 (PVT)         - 4 -