1  Robert C. Holtzapple, Esq. (State Bar No. 145954)
   rholtzapple@fbm.com
2  Laura Roche (State Bar No. 174596)
   lroche@fbm.com
3  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 954-4400
5  Facsimile:    (415) 954-4480

6  Milton Springut, Esq., *pro hac vice*
   ms@creativity-law.com
7  Tal S. Benschar, Esq., *pro hac vice*
   tbenschar@creativity-law.com
8  KALOW & SPRINGUT LLP
   488 Madison Avenue
9  New York, NY  10022
   Telephone:    (212) 813-1600
10 Facsimile:    (212) 813-9600

11 *Counsel for Plaintiffs*
   CARTIER, A DIVISION OF RICHEMONT
12 NORTH AMERICA, INC. and CARTIER
   INTERNATIONAL, B.V.

13

14                 UNITED STATES DISTRICT COURT FOR THE

15                    NORTHERN DISTRICT OF CALIFORNIA

16                             SAN JOSE DIVISION

17 | CARTIER, a division of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, B.V., | Case No. 07-05146 (PVT) |
   |---|---|
   | | **CERTIFICATE OF SERVICE** |
   | Plaintiffs, | |
   | vs. | |
   | D&D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM, MEHRDAD ANSARI and JOHN DOES 1-20, | |
   | Defendants. | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

CERTIFICATE OF SERVICE
CASE NO. 5:07-cv-05146-PVT

I, JEFFREY L. AMANTE, declare as follows:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Russ Building, 235 Montgomery Street, 17th Floor, San Francisco, California 94104. On September 3, 2008, I served a copy of the within document(s):

**MOTION TO COMPEL DEPOSITION OF DEFENDANTS**

**[PROPOSED] ORDER COMPELLING DEPOSITION OF DEFENDANTS**

**MOTION TO SHORTEN BRIEFING SCHEDULE ON MOTION TO COMPEL DEPOSITION OF DEFENDANTS IN ACCORDANCE WITH LOCAL CIVIL RULE 6-3**

**[PROPOSED] ORDER SHORTENING BRIEFING SCHEDULE ON MOTION TO COMPEL DEPOSITION OF DEFENDANTS IN ACCORDANCE WITH LOCAL CIVIL RULE 6-3**

**DECLARATION OF TAL S. BENSCHAR**

☒ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

Ali Kamarei, Esq.
In-House IP Counsel
280 Colorado Avenue
Palo Alto, CA 94301
Tel: (650) 322-7371
Fax: (650) 322-7389
Email: inhouseip@aol.com
Attorneys for Defendants D & D Jewelry Imports doing business as Jewelsplus.com and Mehrdad Ansari

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 3, 2008, at San Francisco, California.

/s/
JEFFREY L. AMANTE

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CERTIFICATE OF SERVICE
CASE NO. 5:07-cv-05146-PVT

- 1 -

22948\1709804.1