*E-FILED*
September 16, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTIER, et al., | No. C 07-05146 PVT |
| Plaintiffs, | **ORDER RESCHEDULING** |
| v. | **SETTLEMENT CONFERENCE** |
| D&D JEWELRY IMPORTS, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that the settlement conference previously scheduled for **September 9, 2008** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **November 25, 2008 at 11:00 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order, dated July 8, 2008, shall remain in effect.

The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior to the date set for settlement conference.

Dated:   September 16, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Ali Kamarei , Esq    inhouseip@aol.com

Laura Cullen Roche    lroche@fbm.com, calendar@fbm.com, jamante@fbm.com

Milton Springut    ms@creativity-law.com

Racheal Turner    rturner@fbm.com, bdunets@fbm.com, calendar@fbm.com

Robert C. Holtzapple    rholtzapple@fbm.com, calendar@fbm.com, grenteria@fbm.com

Tal S. Benschar    tbenschar@creativity-law.com

Dated: September 16, 2008

                        CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                        By:    /s/ *BAK*