183027

Robert C. Holtzapple, Esq. (State Bar No. 145954)
Laura Roche (State Bar No. 174596)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:    (415) 954-4400
Facsimile:    (415) 954-4480
rholtzapple@fbm.com
lroche@fbm.com

Milton Springut, Esq., *pro hac vice*
Tal S. Benschar, Esq., *pro hac vice*
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, NY  10022
Telephone:    (212) 813-1600
Facsimile:    (212) 813-9600
ms@creativity-law.com
tbenschar@creativity-law.com

*Counsel for Plaintiffs*
CARTIER, A DIVISION OF RICHEMONT
NORTH AMERICA, INC. and CARTIER
INTERNATIONAL, B.V.

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC.; and CARTIER INTERNATIONAL, B.V.,<br><br>Plaintiffs,<br><br>vs.<br><br>D&D JEWELRY IMPORTS d/b/a JEWELSPLUS.COM, MEHRDAD ANSARI and JOHN DOES 1-20,<br><br>Defendants. | Case No. 07-05146 (PVT)<br><br>**STIPULATION EXTENDING TIME TO HOLD MEDIATION AND** ~~[PROPOSED]~~ **ORDER** |

In accordance with Local Civil Rules 6-2 and 6-3, the parties hereby stipulate and request that the Court Order that the time for the parties to hold a mediation or settlement conference is extended to November 31, 2008.

The reasons for the above request are as follows:

STIPULATION EXTENDING TIME TO HOLD MEDIATION AND [PROPOSED] ORDER /Case No. 07-05146 (PVT)

183027.1

1. The Court's Scheduling Order provides that mediation is to take place by September 15, 2008.  A settlement conference was in fact scheduled for September 9, 2008 before Magistrate Judge Seeborg.

2. Plaintiffs lead counsel, Milton Springut, was scheduled to fly from New York to the West Coast to attend the settlement conference.  Unfortunately, his flight was cancelled, the rescheduled flight was also delayed so that he could not make the connection and he was unable to obtain a substitute flight.  The settlement conference had to be adjourned.

3. The parties have tentatively rescheduled the Settlement Conference with Judge Seeborg's Chambers for November 25, 2008, a date convenient for Judge Seeborg and the parties.

4. The requested extension will not alter any of the other deadlines set forth in the Scheduling Order.

5. No prior modification of the Scheduling Order has been requested or Ordered.

X

X

X

X

X

X

X

X

X

X

X

X

STIPULATION EXTENDING TIME TO HOLD MEDIATION AND [PROPOSED] ORDER /Case No. 07-05146 (PVT)

- 2 -

1  It is accordingly respectfully requested that the deadline for holding a mediation be
2  extended to November 31, 2008.
3
4  IT IS SO STIPULATED
5
6  Dated: September 16, 2008

KALOW & SPRINGUT, LLP

By: _____
Tal S. Benschar, pro hac vice

*Counsel for Plaintiffs*
CARTIER, A DIVISION OF
RICHEMONT NORTH AMERICA, INC.
and CARTIER INTERNATIONAL, B.V.

Dated: September 16, 2008

IN HOUSE COUNSEL

By: _____
Ali Kamarei, Esq.

*Counsel for Defendants*
D&D JEWELRY IMPORTS d/b/a
JEWELSPLUS.COM and MEHRDAD
ANSARI

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 9/17/08

_____
Hon. Patricia V. Trumbull, U.S.M.J.

STIPULATION EXTENDING TIME
TO HOLD MEDIATION AND
[PROPOSED] ORDER /Case No. 07-05146 (PVT)

- 3 -