1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARTIER, et al., ) | Case No.: C 07-5146 PVT |
| Plaintiff, ) | **ORDER REQUIRING ALI KAMAREI TO APPEAR PERSONALLY AT JANUARY 20, 2009 HEARING** |
| v. ) | |
| D & D JEWELRY IMPORTS, et al, ) | |
| Defendants. ) | |

It has come to the court's attention that Defendants have associated in additional counsel. Based on the file herein,

IT IS HEREBY ORDERED that Defense counsel Ali Kamarei shall appear personally at the January 20, 2009 hearing.

Dated: *1/16/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*